IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOHNNY LINARES | ) | CIVIL ACTION NUMBER |
| | ) | M-15-242 |
| VS. | ) | |
| | ) | CRIMINAL NUMBER |
| UNITED STATES OF AMERICA | ) | M-13-1081-1 |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant Johnny Linares's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry Number 9 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to Movant and counsel for Respondent.

DONE on this 14th day of June, 2017, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE